**IN UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

FILED

JAN -5 2021

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **Criminal No.** _1:21 CN 4 TSK-MJA_ |
| **DELL DINGLE,** | **Violation:** 18 U.S.C. § 1791(a)(2) |
| **Defendant.** | 18 U.S.C. § 1791(b)(1) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Possession of a Prohibited Object (Narcotic))

On or about October 19, 2019, in Preston County, in the Northern District of West Virginia, the defendant, **DELL DINGLE**, an inmate in the custody of the Bureau of Prisons at the Federal Correctional Institution Hazelton, knowingly and intentionally possessed a prohibited object, that is, suboxone, a schedule III narcotic controlled substance, without the knowledge and consent of the warden of said facility, in violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(b)(1).

A true bill,

/s/_____
Grand Jury Foreperson

/s/_____
WILLIAM J. POWELL
United States Attorney

Christopher L. Bauer
Assistant United States Attorney